UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHUCK DOZIER, ET AL.

    Plaintiff,

v.

MAISPACE, ET AL.

    Defendant.

No. CV 05-01761 PVT

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

❏ Arbitration      ❏ ENE      ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

❏ Private ADR *(please identify process and provider)*

Dated: 8/3/05

_____
Attorney for Plaintiff

Dated: 7/29/05

_____
Attorney for Defendant

IT IS SO ORDERED:

Dated: August 4, 2005

/s/ Patricia V. Trumbull
_____
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE
PATRICIA V. TRUMBULL

**STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION**
1
REV. 5/00