MICHAEL R. SIMMONDS (SBN 96238)
MARGARET A. ZIEMIANEK (SBN 233418)
WINEBERG, SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104-4811
Telephone: (415) 352-2200
Facsimile:  (415) 352-2222
Email: msimmonds@wsnlaw.com

Attorneys for Defendant Maispace and
Defendant/Counterclaimant Dan Wacker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUCK DOZIER dba VENTURE FURNITURE SOLUTIONS,<br><br>Plaintiff,<br><br>vs.<br><br>MAISPACE, a Michigan Corporation, DAN WACKER, an individual, and DOES 1 through 91, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C05 01761 PVT<br><br>**JOINT APPLICATION FOR CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES** |

Plaintiff/Counterdefendant CHUCK DOZIER dba VENTURE FURNITURE SOLUTIONS, Defendant MAISPACE, and Defendant/Counterclaimant DAN WACKER, being all the parties to this action, hereby make this joint application for continuance of trial and pretrial deadlines:

   1.   Trial of this action is now set for May 15, 2006, at 9:30 a.m. Plaintiff has demanded a jury trial.

---

DOZIER V. MAISPACE ET AL (CASE NO. C05 01761 PVT)
Joint Application for Continuance of Trial and Pretrial Deadlines

2. The parties are still in the process of the court-ordered mediation. The original mediation was scheduled for November 17, 2005. Party representatives, both of whom reside on the East Coast, flew to California to attend the mediation at that time. However, due to an unexpected conflict, the mediator, Phillip Gregory, was forced to postpone the mediation. Further conflicts prevented rescheduling the mediation until February 15, 2006.

3. On February 15, 2006, counsel for all parties attended a mediation session at Mr. Gregory's office with the parties, all of whom reside out-of-state, participating by telephone. Progress was made in sorting out the parties' positions, and Mr. Gregory established a schedule for submission of additional materials. The parties submitted additional information and responses pursuant to the schedule established by Mr. Gregory. At this time, the parties are still awaiting further input from Mr. Gregory.

4. The parties remain cautiously optimistic that this case will settle. In the meantime, however, the parties have conserved their resources in the hope that the case would settle and have not prepared for trial. For that reason, it is necessary to set a new trial date and pretrial deadlines in the event the parties are unable to resolve the dispute with the mediator's assistance.

ACCORDINGLY, the parties respectfully request that the Court enter a new pretrial schedule and set a new trial date as follows:

| | |
|---|---|
| Fact Discovery Cutoff | August 4, 2006 |
| Plaintiff's Designation of Experts with Reports | August 25, 2006 |
| Defendant's Designation of Rebuttal Experts with Reports | September 12, 2006 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on October 10, 2006 |
| Expert Discovery Cutoff | October 12, 2006 |
| Final Pretrial Conference | 2:00 p.m. on October 31, 2006 |
| Trial | 9:30 a.m. on November 13, 2006 |

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: March 28, 2006 | LAW OFFICES OF HAEYOUNG LEE |
| 4 |   | By: /s/ Haeyoung Lee |
| 5 |   | Haeyoung Lee<br>Attorney for Plaintiff Chuck Dozier |
| 6 | Dated: March 28, 2006 | WINEBERG, SIMMONDS & NARITA LLP<br>MICHAEL R. SIMMONDS |
| 7 |   | MARGARET A. ZIEMIANEK |
| 9 |   |   |
| 10 |   | By: /s/ Michael R. Simmonds<br>Michael R. Simmonds |
| 11 |   | Attorneys for Defendant Maispace and<br>Defendant/Counterclaimant Dan Wacker |

**IT IS SO ORDERED**

*/s/ Patricia V. Trumbull*
PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE

DATE: 3/29/06