1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11

12  CHUCK DOZIER dba VENTURE          )        Case No.: C- 05-1761  PVT
    FURNITURE SOLUTIONS               )
13                                    )        **ORDER CONTINUING HEARING**
                      Plaintiff,      )        **ON SUMMARY JUDGMENT**
14                                    )        **MOTION AND PRETRIAL AND**
            v.                        )        **TRIAL DATES**
15                                    )
    MAISPACE, a Michigan Corporation, )
16  and DAN WACKER, an individual,    )
                                      )
17                    Defendants.     )
    _____  )

18

19          On November 7, 2006, Defendants filed a Motion for Summary Judgment.[1]  The motion

20  is currently on calendar for hearing on December 12, 2006.  The Pretrial Conference is currently

21  set for January 23, 2007 and the Trial for February 5, 2007.  Pursuant to Judge Trumbull's

22  Standing Order, Trial Briefs, Motions in Limine, Deposition Excerpts and Discovery Responses,

23  Proposed Voir Dire Questions, Jury Verdict Form, and Joint Pretrial Statements are all due on

24  January 9, 2007.  In light of the number of issues presented in the Summary Judgement Motion

25  and the approaching holiday season, and good cause appearing,

26  //

27

28      [1]    The holding of this court is limited to the facts and the particular circumstances
    underlying the present motion.

                            ORDER, *page 1*

IT IS HEREBY ORDERED that:

    1.    The Hearing for the Motion for Summary Judgment is Continued to January 9, 2007;

    2.    The Pretrial Conference is Continued to March 26, 2007 at 2:00 pm., making pretrial submissions due March 12, 2007.

    3.    The Trial is continued to April 9, 2007 at 9:30 am.; and

    4.    The parties are referred to Magistrate Judge Lloyd  for a settlement conference to take place no later than March 1, 2007.

IT IS SO ORDERED.

Dated: December 6, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*