MICHAEL R. SIMMONDS (SBN 96238)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
Email: msimmonds@snllp.com

Attorneys for Defendants
Maispace and Dan Wacker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUCK DOZIER dba VENTURE FURNITURE SOLUTIONS,<br><br>Plaintiff,<br><br>vs.<br><br>MAISPACE, a Michigan Corporation, DAN WACKER, an individual, and DOES 1 through 91, inclusive,<br><br>Defendants. | CASE NO. C05 01761 PVT<br><br>**STIPULATION FOR STAY OF ACTION PENDING COMPLETION OF SETTLEMENT;** ~~**PROPOSED**~~ **ORDER** |

The undersigned, being counsel of record for all parties to this action, hereby stipulate as follows:

1. The parties have reached a settlement of this action. A settlement agreement has been signed by all parties, pursuant to which various payments will be made in settlement of all claims. The last payment will be made on January 1, 2008, after which the parties will file a stipulation for voluntary dismissal of the entire action with prejudice.

2. Counsel for defendants previously notified the Court telephonically that the case has been settled.

3. Currently, this action is scheduled for trial commencing on September 10, 2007.

4. The parties hereby stipulate, subject to approval of the Court, that the trial date be vacated and that this action be stayed, pending completion of the settlement, at which time the parties will file their stipulation for dismissal.

Dated: August 9, 2007        LAW OFFICES OF HAEYOUNG LEE


By:    /s/Haeyoung Lee
       Haeyoung Lee
       Attorney for Plaintiff Chuck Dozier

Dated: August 9, 2007        SIMMONDS & NARITA LLP
                             MICHAEL R. SIMMONDS


By:   s/Michael R. Simmonds
      Michael R. Simmonds
      Attorneys for Defendants Maispace
      and Dan Wacker

In light of the settlement of this case, all current dates are hereby VACATED. The case is set for a status conference on January 22, 2008 at 2:00 p.m.

IT IS SO ORDERED.

Date: 8/10/07

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE